# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.                                                                                        CASE NO. 5:01cr4-RH/WCS

TRAVIS WORKS,

      Defendant.

_____/

## ORDER CLARIFYING PROCEDURES

Defendant Travis Works filed a *pro se* motion for a sentence reduction under United States Sentencing Guidelines Amendment 706. The government responded, acknowledging that a reduction is authorized.

Later, as part of the processing of more than 100 sentences potentially affected by Amendment 706, I entered an order on August 15, 2008, noting that Mr. Works might qualify for a reduction, and setting procedures for consideration of any reduction. The August 15 order directed the government to file a response by October 1, 2008.

The matter could have been considered on the *pro se* motion and the government's response without the entry of the August 15 order. Now, however,

because either side may have determined to make a further filing in accordance with the August 15 order, the schedule established by that order will remain in place. Even so, the government will be allowed to stand on its original response to the *pro se* motion; the government need not file anything further.

    Accordingly,

    IT IS ORDERED:

    The order entered August 15, 2008, remains in effect, except that paragraph 1 on page 6 of that order is amended to provide that the government "may," instead of "must," file a memorandum by October 1, 2008.

    SO ORDERED on August 25, 2008.

                                      s/Robert L. Hinkle
                                      Chief United States District Judge