IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION


UNITED STATES OF AMERICA,

v.                                    CASE NO. 5:01cr4-RH/CAS

TRAVIS WORKS,

      Defendant.

_____/


**ORDER TERMINATING SUPERVISED RELEASE**

      The defendant Travis Works has submitted a letter—in effect, a motion—asking for early termination of supervised release. The probation officer has advised the court's staff that the officer does not oppose early termination and that the government has said it takes no position on the issue. I have considered the factors in 18 U.S.C. § 3553(a) and the criteria in Monograph 109 as approved by the Judicial Conference of the United States. I find that termination of supervised release at this time is warranted by the defendant's conduct and the interest of justice. *See* 18 U.S.C. § 3583(e)(1). Accordingly,

      IT IS ORDERED:

1.  Mr. Works's motion for early termination of supervised release, ECF No. 42, is granted.

2.  Mr. Works's term of supervised release is terminated as of July 29, 2016, at 3:57 p.m.

SO ORDERED on July 29, 2016.

                                    s/Robert L. Hinkle
                                    United States District Judge